# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | |
|---|---|
| James Renfro, Individually and on behalf of all other persons similarly situated, | Case No. 10-cv-414 |
| Plaintiff, | Judge Thomas M. Rose |
| v. | |
| CVS Caremark Corporation, et al. | |
| Defendants. | |

## ORDER GRANTING TRANSFER

Plaintiff James Renfro has moved this Court pursuant to 28 U.S.C. § 1404(a) for an order transferring this case to the United States District Court for the District of Rhode Island. The sole purpose for the requested transfer is to facilitate a consolidated settlement of this and other actions against Defendants CVS Caremark Corporation ("CVS") and Massachusetts CVS Pharmacy, LLC, alleging certain wage-hour violations under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*. and state laws. Defendants do not oppose this motion.

Plaintiff has informed the Court that the parties intend to move the Rhode Island District Court pursuant to Fed. R. Civ. P. 42 to consolidate this and other actions with *Nash, et al. v. CVS Caremark Corporation, et al.*, No. CA-09-79-M-JJM (D.R.I.) ("*Nash*") before the Hon. John J. McConnell, Jr., once all transfer orders have been entered. Motions for preliminary and final approval of the consolidated settlement agreement will be filed in the District for Rhode Island.

For purposes of settlement only, and in the interests of the efficient administration of justice, Plaintiff's motion is hereby **GRANTED** and this matter is **TRANSFERRED** to the United States District Court for the District of Rhode Island. The Clerk is directed to provide a

copy of this Order to the Clerk for the District of Rhode Island and to the chambers of the judge (Judge John J. McConnell, Jr.) there assigned to *Nash*.

SO ORDERED this 18th day of November, 2011.

\*s/THOMAS M. ROSE

_____
Judge Thomas M. Rose
United States District Court for the Southern District of Ohio